Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIMEY GARRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP,<br><br>Defendant. | Case No. 2:17-cv-00863-RSM<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR HCI TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

Defendant The CJS Solutions Group, LLC d/b/a The HCI Group ("HCI") hereby moves, with Plaintiff Jaimey Garrett's assent, for a thirty-day extension of the time in which to answer, move, or otherwise respond to Plaintiff's Complaint, through and including July 12, 2017. In support of this assented-to motion, HCI states the following:

1. Garrett commenced this action in Washington Superior Court for King County, captioned *Jaimey Garrett v. The CJS Solutions Group, LLC d/b/a The HCI Group*, Case No. 17-2-10799-9 SEA, on or about April 26, 2017.

2. On or about May 4, 2017, Garrett served the Complaint on HCI.

3. On June 5, 2017, HCI removed the action to this Court.

4. The current deadline for HCI's responsive pleading is June 12, 2017.

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR HCI TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - 1
(Case 2:17-cv-00863-RSM)

39424164v.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1         5.     HCI seeks a 30-day extension of this deadline to allow it to more fully investigate the facts alleged in the Complaint, as HCI's counsel was only recently retained.

        6.     On June 7, 2017, Garrett's counsel, Harold Lichten, assented to HCI's request for a 30-day extension of time in which to respond to the Complaint.

        7.     This motion is filed before the response to the Complaint is due and is filed in good faith and not for the purpose of unwarranted delay.

        8.     This motion constitutes HCI's first request for an extension of its responsive pleading deadline in this action.

        9.     This motion does not constitute a waiver of any defense that HCI may assert in response to Garrett's Complaint.

For the above reasons, HCI respectfully requests that the Court grant this stipulated motion for an extension of time to answer, move or otherwise respond to Garrett's Complaint in this action, through and including July 12, 2017.

DATED this 9th day of June, 2017.

| /s/ Beth E. Terrell | /s/ Susan K. Stahlfeld |
|---|---|
| /s/ Jennifer Rust Murray | /s/ Francis L. Van Dusen, Jr. |
| Beth E. Terrell<br>Jennifer Rust Murray<br>Terrell Marshall Law Group PLLC<br>936 NORTH 34th STREET STE 300<br>SEATTLE WA 98103<br>bterrell@terrellmarshall.com<br>jmurray@terrellmarshall.com<br><br>Attorneys for Plaintiff Jaimey Garrett | Susan K. Stahlfeld, WSB No. 22003<br>Francis L. Van Dusen, Jr., WSB No. 1669<br>MILLER NASH GRAHAM & DUNN LLP<br>Pier 70<br>2801 Alaskan Way, Suite 300<br>Seattle, Washington 98121<br>Telephone: (206) 624-8300<br>Fax: (206) 340-9599<br>Email: susan.stahlfeld@millernash.com<br><br>Attorneys for Defendant<br>The CJS Solutions Group, LLC |

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR
HCI TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - 2
(Case 2:17-cv-00863-RSM)

39424164v.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

| | | |
|---|---|---|
| 1 | Harold Lichten* | Richard L. Alfred (BBO #015000)* |
| 2 | hlichten@llrlaw.com | ralfred@seyfarth.com |
| | Olena Savytska* | Patrick J. Bannon (BBO #635523)* |
| 3 | osavytska@llrlaw.com | pbannon@seyfarth.com |
| | Lichten & Liss-Riordan, P.C. | Anne Bider (BBO #682142)* |
| 4 | 729 Boylston Street, Suite 2000 | abider@seyfarth.com |
| | BOSTON, MA 02116 | SEYFARTH SHAW LLP |
| 5 | | Two Seaport Lane, Suite 300 |
| | *Pro Hac Vice anticipated | Boston, MA 02210-2028 |
| 6 | | Telephone: (617) 946-4800 |
| | Attorneys for Plaintiff Jaimey Garrett | |
| 7 | | *Pro Hac Vice anticipated |
| 8 | Sarah R. Schalman-Bergen* | Attorneys for Defendant |
| | sschalman-bergen@bm.net | The CJS Solutions Group, LLC |
| 9 | Eric Lechtzin* | |
| 10 | elechtzin@bm.net | |
| | Camille Fundora* | |
| 11 | cfundora@bm.net | |
| | Berger & Montague, P.C. | |
| 12 | 1622 LOCUST STREET | |
| | PHILADELPHIA PA 19103 | |
| 13 | | |
| 14 | *Pro Hac Vice anticipated | |
| 15 | Attorneys for Plaintiff Jaimey Garrett | |

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR HCI TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - 3
(Case 2:17-cv-00863-RSM)

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

39424164v.1

1 **ORDER**

Upon consideration of the Stipulation of the Parties Extending Time to Respond to Complaint, good cause having been shown, it is hereby

ORDERED that the Stipulation is approved and that the Defendant HCI may have until July 12, 2017, to respond to the Complaint.

Dated this 12 day of June, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR HCI TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - 4
(Case 2:17-cv-00863-RSM)

39424164v.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121