Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIMEY GARRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP,<br><br>Defendant. | Case No. 2:17-cv-00863-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE |

This matter came before the Court on the HCI'S Assented-to Motion to Transfer Venue. This Court considered the following:

1. HCI's Assented-to Motion to Transfer Venue and supporting attachments;
2. Plaintiff's assent to the motion and transfer;
3. _____
4. _____; and
5. The files and records herein.

ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE- 1
(Case No. 2:17-cv-00863-RSM)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4817-6691-9498.1

**ORDER**

Upon consideration of HCI's Assented-to Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), it is hereby

ORDERED that the Assented-to Motion is granted and the matter pending before this Court as Case No. 2:17-cv-00863-RSM is transferred to the United States District Court for the Southern District of New York.

Dated this 17 day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Susan K. Stahlfeld
Susan K. Stahlfeld, WSB No. 22003
MILLER NASH GRAHAM & DUNN LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, Washington 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: susan.stahlfeld@millernash.com

Richard L. Alfred*
ralfred@seyfarth.com
Patrick J. Bannon*
pbannon@seyfarth.com
Gena Usenheimer*
gusenheimer@seyfarth.com
Anne Bider*
abider@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800

*Pro Hac Vice anticipated

Attorneys for Defendant
The CJS Solutions Group, LLC

ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE- 2
(Case No. 2:17-cv-00863-RSM)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4817-6691-9498.1